BETSY C. JEFFERIS-AGUILAR, ESQ.
Nevada Bar No. 12980
**HICKS & BRASIER, PLLC**
2630 S. Jones Blvd.
Las Vegas, Nevada 89146
Phone: (702) 628-9888
Fax:  (702) 960-4118
E-Mail: baguilar@lvattorneys.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RHONDA CORA MARTIN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BJ'S RESTAURANT OPERATIONS COMPANY, a domestic corporation; DOE EMPLOYEES OF BJ'S RESTAUANT BREWHOUSE, DOES 1-20; and ROE BUSINESS ENTITIES 1-20. inclusive,<br><br>Defendants. | Case No.: 2:23-cv-01848-JAD-DJA<br><br>**STIPULATION TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER (FIRST REQUEST)** |

    The parties stipulate to extend the remaining deadlines in the Stipulated Discovery Plan and Scheduling Order by 60 days. This is the first request to extend the Stipulated Discovery Plan and Scheduling Order. This extension is requested to allow Plaintiff's counsel to take the deposition of Defendant's FRCP 30(b)(6) Witness. This extension will give the parties time to meet and confer regarding the topics and schedule the deposition. Defendant's counsel would also like to take the deposition of Plaintiff's expert Dr. Bady however, he is not available until August 20, 2024. Due to the 4th of July holiday and summer schedules Defendant's FRCP

30(b)(6) Witness's availability are limited as there may be multiple representatives assigned for certain topics.

## I. Discovery Completed

The parties have exchanged written discovery in the form of interrogatories and requests for production of documents. The parties have taken depositions of the Plaintiff. Defendant has received records and imaging from all providers. The parties have exchanged expert disclosures and rebuttal expert disclosures.

## II. Discovery Remaining

Plaintiff needs to take the deposition of Defendant's FRCP 30(b)(6) Witness and Defendant will be taking the deposition of Plaintiff's expert witness Dr. Bady on August 20, 2024.

## III. Why Discovery Has Not Been Completed

Following the parties' exchange of rebuttal expert disclosures, the parties are working together to meet and confer as to the availability for Plaintiff to depose Defendant's FRCP 30(b)(6) Witness as well as the topics contained in Plaintiff's Notice. Defendant will also be noticing the deposition of Plaintiff's Expert Dr. Bady, however, he is not available until August 20, 2024. Due to summer schedules, including the 4th of July holiday, the parties and Defendant's representatives are understandably busier than usual. Additionally, multiple representatives may be required to appear for the topics and as such, the parties need to schedule the deposition for the availability of these individuals once the topics have been confirmed.

//

//

//

//

**IV. Proposed Deadlines**

Close of Discovery: **September 14, 2024** (from July 16, 2024)

Dispositive Motion Deadline: **October 15, 2024** (from August 16, 2024)

Joint Pre-Trial Order: **November 15, 2024** (from September 16, 2024)

DATED THIS 3rd day of July 2024.         **HICKS & BRASIER, PLLC**

  /s/ Betsy C. Jefferis-Aguilar
  BETSY C. JEFFERIS-AGUILAR, ESQ.
  *Attorneys for Plaintiff*

DATED 3rd day of July 2024.         **BACKUS | BURDEN**

  /s/ Jacquelyn Franco, Esq.
  Jack P. Burden, Esq.
  Jacquelyn Franco, Esq.
  *Attorneys for Defendant*
  BJ'S Restaurant Operations Company
  dba BJ's Restaurant

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

Dated: 7/3/2024