BETSY C. JEFFERIS-AGUILAR, ESQ.
Nevada Bar No. 12980
**HICKS & BRASIER, PLLC**
2630 S. Jones Blvd.
Las Vegas, Nevada 89146
Phone: (702) 628-9888
Fax:  (702) 960-4118
E-Mail: baguilar@lvattorneys.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RHONDA CORA MARTIN, an individual, | Case No.: 2:23-cv-01848-JAD-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE** |
| vs. | |
| BJ'S RESTAURANT OPERATIONS COMPANY, a domestic corporation; DOE EMPLOYEES OF BJ'S RESTAUANT BREWHOUSE, DOES 1-20; and ROE BUSINESS ENTITIES 1-20. inclusive, | |
| Defendants. | |

The parties stipulate to continue the Mandatory Settlement Conference to one of the following dates pending Magistrate Albrecht's availability: March 28th, April 1st, April 3rd , or April 4th.[1]

DATED THIS 13th day of March 2025.        **HICKS & BRASIER, PLLC**

                                            */s/ Betsy C. Jefferis-Aguilar*_____
                                            BETSY C. JEFFERIS-AGUILAR, ESQ.
                                            *Attorneys for Plaintiff*

---

[1] The delay in requesting the continuation for the MSC is due to a family emergency which can be discussed in camera.

DATED 13th day of March 2025.

**BACKUS | BURDEN**

*/s/ Jacquelyn Franco, Esq.*
Jack P. Burden, Esq.
Jacquelyn Franco, Esq.
*Attorneys for Defendant*
*BJ'S Restaurant Operations Company*
*dba BJ's Restaurant*

IT IS THEREFORE ORDERED that the parties' stipulation (ECF No. 25) is GRANTED. The settlement conference previously set for March 21, 2025, is VACATED and RESET for **March 28, 2025, at 10:00 AM** before the Honorable Magistrate Judge Daniel J. Albregts in LV Courtroom 3A. If the parties have not yet submitted their settlement statements, they must be submitted by email to Kimberly_LaPointe@nvd.uscourts.gov by 4:00 p.m. on March 21, 2025.  The remainder of the Court's order setting settlement conference (ECF No. 22) remains in effect.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: March 14, 2025