ALISON M. BRASIER, ESQ.
Nevada Bar No. 10522
**HICKS & BRASIER, PLLC**
2630 S. Jones Blvd.
Las Vegas, Nevada 89146
Phone: (702) 628-9888
Fax:  (702) 960-4118
E-Mail: abrasier@lvattorneys.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RHONDA CORA MARTIN, an individual, | CASE NO: 2:23-cv-01848-JAD-DJA |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE** |
| BJ'S RESTAURANT OPERATIONS COMPANY, a domestic corporation; DOE EMPLOYEES OF BJ'S RESTAUANT BREWHOUSE, DOES 1-20; and ROE BUSINESS ENTITIES 1-20. inclusive, | |
| Defendants. | |

Due to the recent appearance of Alison Brasier, Esq., for The Plaintiff, the parties stipulate to continue the Mandatory Settlement Conference to one of the following dates pending Magistrate Albrecht's availability: April 21st, and April 24th.

DATED THIS 20th day of March, 2024.

                                                 **HICKS & BRASIER, PLLC**

                                                 ___*/s/ Alison M. Brasier*___
                                                 ALISON M. BRASIER, ESQ.
                                                 Nevada Bar No. 10522
                                                 2630 S. Jones Blvd.
                                                 Las Vegas, Nevada 89146
                                                 *Attorneys for Plaintiff*

DATED 20th day of March 2025.

**BACKUS | BURDEN**

  /s/Jacquelyn Franco
Jack P. Burden, Esq.
Nevada Bar No. 6918
Jacquelyn Franco, Esq.
Nevada Bar No. 13484
*Attorneys for Defendant*
*BJ'S Restaurant Operations Company*
dba BJ's Restaurant

IT IS SO ORDERED that the parties' stipulation (ECF No. 28) is GRANTED. The settlement conference set for March 28, 2025, is **VACATED** and **RESET** for **May 2, 2025, at 10:00 AM** before the Honorable Magistrate Judge Daniel J. Albregts in LV Courtroom 3A. If the parties have not yet submitted their settlement statements, they must be submitted by email to Kimberly_LaPointe@nvd.uscourts,gov by 4:00 p.m. on April 25, 2025.

DATED: 3/21/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE