ALISON M. BRASIER, ESQ.
Nevada Bar No. 10522
**HICKS & BRASIER, PLLC**
2630 S. Jones Blvd.
Las Vegas, Nevada 89146
Phone: (702) 628-9888
Fax:  (702) 960-4118
E-Mail: abrasier@lvattorneys.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RHONDA CORA MARTIN, an individual, | CASE NO: 2:23-cv-01848-JAD-DJA |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE** |
| BJ'S RESTAURANT OPERATIONS COMPANY, a domestic corporation; DOE EMPLOYEES OF BJ'S RESTAUANT BREWHOUSE, DOES 1-20; and ROE BUSINESS ENTITIES 1-20. inclusive, | |
| Defendants. | |

On March 20, 2025, the Parties submitted a request to continue the Settlement Conference to either April 21st or April 24th, the court scheduled the Conference for May 2, 2025, a date not provided by the parties.  Plaintiff has a prior engagement and is unavailable to attend on May 2, 2025. Parties request the settlement Conference be rescheduled to May 23, 2025, a date that all parties are available.

///

///

1

If May 23, 2025, is no longer available, the parties are also available on the following dates; June 23, 2025, June 24, 2025, June 25, 2025, June 26, 2025, and June 27, 2025.

DATED THIS 1st day of April, 2025.

**HICKS & BRASIER, PLLC**

_/s/ Alison M. Brasier_
ALISON M. BRASIER, ESQ.
Nevada Bar No. 10522
2630 S. Jones Blvd.
Las Vegas, Nevada 89146
*Attorneys for Plaintiff*

DATED 1st day of April, 2025.

**BACKUS | BURDEN**

_/s/Jacquelyn Franco_
Jack P. Burden, Esq.
Nevada Bar No. 6918
Jacquelyn Franco, Esq.
Nevada Bar No. 13484
*Attorneys for Defendant*
BJ'S Restaurant Operations Company
dba BJ's Restaurant

IT IS SO ORDERED that the parties' stipulation (ECF No. 32) is GRANTED. The settlement conference set for May 2, 2025, is **VACATED** and **RESET** for **May 23, 2025, at 10:00 A.M.**  If the parties have not yet submitted their settlement statements, they must be submitted by email to Kimberly_LaPointe@nvd.uscourts,gov by 4:00 p.m. on May 16, 2025.

DATED: 4/2/2025

_____
United States Magistrate Judge