```
 1  Jack P. Burden, Esq.
    Nevada State Bar No. 6918
 2  Jacquelyn Franco, Esq.
    Nevada State Bar No. 13484
 3  BACKUS | BURDEN
    3050 South Durango Drive
 4  Las Vegas, NV 89117
    (702) 872-5555
 5  (702) 872-5545
 6  jburden@backuslaw.com
    Attorneys for Defendant
 7  BJ'S Restaurant Operations Company
    dba BJ's Restaurant
 8
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RHONDA CORA MARTIN, an individual, | 2:23-cv-01848-JAD-NJK |
| Plaintiff, | |
| vs. | |
| BJ'S RESTAURANT OPERATIONS COMPANY, a domestic corporation; DOE EMPLOYEES OF BJ'S RESTAUANT BREWHOUSE, DOES 1-20; and ROE BUSINESS ENTITIES 1-20. inclusive, | **STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE**<br><br>ECF No. 41 |
| Defendants. | |

Plaintiff RHONDA CORA MARTIN, by and through her counsel of record Alison Brasier, Esq. of HICKS & BRASIER, and Defendant BJ'S RESTAURANT OPERATIONS COMPANY by and through its counsel of record, Jack P. Burden, Esq. and Jacquelyn Franco, Esq. of BACKUS | BURDEN, hereby stipulate to dismiss all claims that have been brought and/or could have been brought in the above titled litigation with prejudice.

This dismissal does completely resolve this entire matter.

Plaintiff and Defendant hereby further stipulate and agree that each party shall bear its own attorneys' fees and costs.

2:23-cv-01848-JAD-NJK

This stipulation is entered into in good faith, in the interests of judicial economy and not for the purpose of delay.

DATED: 10/17, 2025

HICKS & BRASIER
/s/
ALISON BRASIER, ESQ.
Nevada Bar No. 10522
2630 S. Jones Blvd.
Las Vegas, NV 89146
*Attorneys for Plaintiff*

DATED: 10/14, 2025

BACKUS | BURDEN
/s/ Jacquelyn Franco
JACK P. BURDEN, ESQ.
Nevada Bar No. 6918
JACQUELYN FRANCO, ESQ.
Nevada Bar No. 13484
3050 South Durango Drive
Las Vegas, NV 89117
*Attorneys for Defendant*

## ORDER

Based on the parties' stipulation **[ECF No. 41]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 14, 2025